## IN RE WESTERN ELECTRIC COMPANY.

---

### TRADEMARKS; DESCRIPTIVE WORDS.

"Inter-phone," as a trademark for a telephone switching apparatus, indicates the use to which the goods bearing it are to be put; and so being descriptive of the character of the goods, is not registerable as a trademark, under sec. 5 of the trademark act of Congress. (Following *Winchester Repeating Arms Co.* v. *Peters Cartridge Co.* 30 App. D. C. 505; *Re Central · Consumers Co.* 32 App. D. C. 523; *Re Freund Bros. & Co.* 37 App. D. C. 109.)

No. 768. Patent Appeals. Submitted November 11, 1912. Decided December 30, 1912.

HEARING on an appeal from a decision of the Commissioner of patents, rejecting an application for the registration of a trademark. *Affirmed.*

The facts are stated in the opinion.

*Mr. De Witt C. Tanner, Mr. Benjamin R. Johnson,* and *Mr. Reeve Lewis* for the appellant.

*Mr. R. F. Whitehead* for the Commissioner of Patents.

Mr. Justice ROBB delivered the opinion of the Court:

This is an appeal from a decision of the Commissioner of

Patents refusing to register the word "Inter-phone" as a trade-mark for telephone switching apparatus.

We agree with the Commissioner that the mark is descrip-tive of the character of the goods upon which it is used, and hence within the prohibition of sec. 5 of the trademark act. *Winchester Repeating Arms Co.* v. *Peters Cartridge Co.* 30 App. D. C. 505; *Re Central Consumers Co.* 32 App. D. C. 523; *Re Freund Bros. & Co.* 37 App. D. C. 109. It is apparent from an examination of appellant's application for registration and an analysis of the mark, that it was selected because it so aptly indicates to the public the use to which the goods bearing it are to be put. The decision is affirmed.                        *Affirmed.*